# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § Criminal Action No. 4:18-CR-216 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| CELSO RODRIGUEZ A/K/A BIG PUN (18) | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 27, 2020, the report of the Magistrate Judge (Dkt. #867) was entered containing proposed findings of fact and recommendations that Defendant Celso Rodriguez, Jr.'s Motion to Dismiss the Indictment, or, in the alternative, For a Bill of Particulars (Dkt. #738) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Celso Rodriguez, Jr.'s Motion to Dismiss the Indictment, or, in the alternative, For a Bill of Particulars (Dkt. #738) is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 12th day of August, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE